RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE __11/5/14__
/MB

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

DEMOND E. COLEMAN                              DOCKET NO. 14-CV-798; SEC. P
    LA. DOC. #366454

VERSUS                                         JUDGE TRIMBLE

T. HAILEY, ET AL.                              MAGISTRATE JUDGE KIRK

J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Plaintiff, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint against Warden Tim Keith and Corrections Corporation of America be **DENIED** and **DISMISSED WITH PREJUDICE** under 28 U.S.C. §1915(e)(2)(B) and 1915A.

**IT IS FURTHER ORDERED**, that all other defendants, except for Nurses Hailey and Culp, be **DISMISSED WITHOUT PREJUDICE**, pursuant to Plaintiff's Amended Complaint.

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, on this 5th day of ___November___, 2014.

_____
JUDGE JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE